IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2026 FEB 10 P 3: 22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26cr55-RAH-CWB |
| | ) | [18 U.S.C. §922(o)] |
| WILVONTAE JARELL TALLIE | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
### (Illegal Possession of a Machinegun)

On or about October 24, 2025, in Montgomery County, within the Middle District of Alabama, the defendant,

WILVONTAE JARELL TALLIE,

knowingly possessed a machinegun, to wit: a Glock model 19, 9mm pistol converted to fully automatic by way of a Machinegun Conversion Device, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

A.    The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.    Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(o) set forth in Count 1 of this Indictment, the defendant,

WILVONTAE JARELL TALLIE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the

commission of the offenses in violation of Title 18, United States Code, Section 922(o). The property includes but is not limited to a Glock model 19, 9 mm pistol converted to fully automatic by way of a Machinegun Conversion Device, and ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

J. Patrick Lamb
Assistant United States Attorney

Russell T. Duraski
Assistant United States Attorney

2